# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

| | |
|---|---|
| PAULA REYNOLDS,<br><br>Plaintiff,<br><br>v.<br><br>ALLIED INTERSTATE, LLC,<br><br>Defendant. | Case No. 3:19-cv-00042-SMY-GCS<br><br>Honorable Judge Staci M. Yandle |

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Paula Reynolds ("Plaintiff"), hereby notifies the Court that Plaintiff and Defendant Allied Interstate, LLC have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal.

Respectfully submitted this 21st day of February, 2019.

Respectfully submitted,

*s/ Alexander J.Taylor*
Alexander J. Taylor
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 575-8181
ataylor@sulaimanlaw.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

1

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Alexander J.Taylor*
Alexander J. Taylor