# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

| | |
|---|---|
| PAULA REYNOLDS, | |
| Plaintiff, | Case No. 3:19-cv-00042-SMY-GCS |
| v. | |
| ALLIED INTERSTATE, LLC, | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES the Plaintiff, PAULA REYNOLDS ("Plaintiff"), by and through her attorneys, SULAIMAN LAW GROUP, LTD., and, in support of her Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses her claims against the Defendant, ALLIED INTERSTATE, LLC, with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: December 4, 2019

Respectfully Submitted,

*/s/ Alexander J. Taylor*
Alexander J. Taylor
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Ste. 200
Lombard, IL 60148
Phone (630) 575-8181
Fax: (630) 575-8188
ataylor@sulaimanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

>*/s/ Alexander J. Taylor*
>Alexander J. Taylor