# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAULA REYNOLDS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 19-CV-42-SMY |
| ALLIED INTERSTATE, LLC, | ) ) ) |
| Defendants. | ) ) |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on December 4, 2019 (Doc. 14), Plaintiff's claims against the Defendant are **DISMISSED with prejudice**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED: December 4, 2019**

MARGARET M. ROBERTIE,
Clerk of Court

**By: s/ Stacie Hurst, Deputy Clerk**

**Approved:**

**STACI M. YANDLE**
**DISTRICT JUDGE**